IN RE: TJ PLAZA, LLC, Debtor,

TJ Plaza, LLC; DSWC, Inc., Plaintiffs-Appellants,

v.

U.S. Bank NA, as Trustee on behalf of the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2003-C6, Defendant-Appellee.

554

In re: TJ Plaza, LLC, Debtor,

TJ Plaza, LLC; DSWC, Inc.,
Plaintiffs-Appellants,

v.

U.S. Bank NA, as Trustee on behalf of
the Registered Holders of Wachovia
Bank Commercial Mortgage Trust,
Commercial Mortgage Pass-Through
Certificates, Series 2003-C6, Defen-
dant-Appellee.

No. 15-16968, No. 15-16969

United States Court of Appeals,
Ninth Circuit.

Submitted April 18, 2017 * San
Francisco, California

Filed April 24, 2017

Zachariah Larson, Esquire, Matthew C.
Zirzow, Esquire, Larson & Zirzow, Las
Vegas, NV, for Plaintiffs-Appellants

Blakeley E. Griffith, Esquire, Attorney,
Kelly Harrison Dove, Esquire, Attorney,
Charles E. Gianelloni, Attorney, Robert
Richard Kinas, Esquire, Attorney, Snell &
Wilmer, LLP, Las Vegas, NV, for Defen-
dant-Appellee

Before: THOMAS, Chief Judge, and
FERNANDEZ and MURGUIA, Circuit
Judges.

MEMORANDUM **

We dismiss these consolidated appeals
because the appellants were the prevailing

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

parties in the district court, and there is
nothing in the judgment that can be re-
formed on appeal. "A party may not appeal
from a judgment or decree in his favor, for
the purpose of obtaining a review of find-
ings he deems erroneous which are not
necessary to support the decree." *United
States v. Good Samaritan Church*, 29 F.3d
487, 488 (9th Cir. 1994) (quoting *Elec. Fit-
tings Corp. v. Thomas & Betts Co.*, 307
U.S. 241, 242, 59 S.Ct. 860, 83 L.Ed. 1263
(1939)). There is no exception to the gener-
al rule here because "[d]eterminations
which are immaterial to the judgment be-
low have no preclusive effect on subse-
quent litigation, especially if they cannot
be appealed" and because, "[t]o the extent
that the district court order was not favor-
able to appellants, it does not bind them in
subsequent litigation." *Id.* at 489.

These consolidated appeals are **DIS-
MISSED.**

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36-3.